DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SWZ FINANCIAL II, LLC,** a Delaware limited liability company, and
**TAX HELP MD INC.,** a Florida corporation,
Appellants,

v.

**MILLER COFFEY TATE, LLP,**
a Pennsylvania limited liability partnership,
Appellee.

No. 4D20-1532

[April 1, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; James Nutt, Judge; L.T. Case No. 502016CA006382XXXXMB.

Michael D. Moccia of the Law Office of Michael D. Moccia, PA, Boca Raton, for appellants.

Bryan D. Hull and Kathleen L. DiSanto of Bush Ross, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***